UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSHUA BLACKBURN, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>vs.<br><br>CONDUENT COMMERCIAL SOLUTIONS, LLC,<br><br>                Defendant. | Case No.: 1:19-CV-01229-RP<br><br>Judge Robert Pittman |

**JOINT STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15**

COME NOW Plaintiff Joshua Blackburn and Defendant Conduent Commercial Solutions, LLC (collectively the "Parties") and submit this Joint Stipulation Pursuant to Federal Rule of Civil Procedure 15. Specifically, the parties hereby stipulate to the filing by Plaintiff of the Amended Complaint, attached hereto as Exhibit 1. Plaintiff will separately file the Amended Complaint into the record in this matter.

Respectfully submitted this the 30th day of September, 2020.

| | |
|---|---|
| */s/ Nicole S. Adler* | */s/ Clif Alexander* |
| Samuel Zurik III (TX Bar No. 24044397) | Clif Alexander (TX Bar No. 24064805) |
| Nicole S. Adler (TX Bar No. 24110923) | Lauren E. Braddy (TX Bar No. 24071993) |
| **THE KULLMAN FIRM, P.L.C.** | Alan Clifton Gordon (TX Bar No. 00793838) |
| 1100 Poydras Street, Suite 1600 | Carter T. Hastings (TX Bar No. 24101879) |
| New Orleans, LA 70163 | ANDERSON ALEXANDER, PLLC |
| Telephone: (504) 524-4162 | 819 N. Upper Broadway |
| Facsimile: (504) 596-4189 | Corpus Christi, Texas 78401 |
| E-Mail: sz@kullmanlaw.com | Telephone: (361) 452-1279 |
| E-Mail: nsa@kullmanlaw.com | Facsimile: (361) 452-1284 |
| | Emails: clif@a2xlaw.com; lauren@a2xlaw.com; egordon@a2xlaw.com; carter@a2xlaw.com |
| ***Attorneys for Defendant*** | ***Attorneys for Plaintiff*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2020 I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            */s/ Clif Alexander*
                                            Clif Alexander