IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSHUA BLACKBURN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONDUENT COMMERCIAL SOLUTIONS LLC,<br><br>Defendant. | § § § § § § § § § § § § § | 1:19-CV-1229-RP |

## FINAL JUDGMENT

On December 22, 2020, the Court granted the parties' joint motion to approve settlement agreement and to dismiss with prejudice all claims in this case. (Order, Dkt. 78). In its order, the court also denied the parties' motion to file their settlement agreement under seal and gave the parties fourteen (14) days to file a proposed redacted settlement agreement. (*Id.* at 6). On January 6, 2021, the parties indicated that they no longer "object to the unsealing of the settlement agreement in light of the Court's Order" and would not submit a proposed redacted settlement agreement. (Dkt. 79). As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that all pending motions are **MOOT**.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on January 7, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE